# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 8, 2024

Lyle W. Cayce
Clerk

_____

No. 23-10484
_____

EHO360 L.L.C.,

*Plaintiff—Appellee*,

*versus*

Nicholas Opalich,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-724

_____

Before King, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Having reviewed the briefs, the pertinent portions of the record, and the applicable law, and having heard and considered the oral arguments of counsel, we conclude that the district court committed no reversible error.

The judgment is AFFIRMED.

_____

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.